## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| MATTHEW MARK JORDAN, | : | |
| | : | Case No.  C-1-04-0613 |
| Petitioner, | : | CR-1-02-156-2 |
| | : | |
| v. | : | Senior Judge Spiegel |
| | : | |
| UNITED STATES OF AMERICA , | : | |
| | : | |
| Respondent, | : | |

**NOTICE OF APPEARANCE**

**PETITIONER JORDAN"S MOTION TO CONTINUE**

Now comes the Petitioner, Mathew Mark Jordan ("Mr. Jordan"), by and through counsel, respectfully requesting a two or three-month continuance to file a response to the United States' Response to Petitioner's Motion Under 28 U.S.C. §2255.

Counsel was appointed to this case on October 12, 2004.  The United States' Response was filed on December 3, 2004.  Counsel for petitioner has not had adequate time to address the issues presented in this case.  Indeed, counsel has only had one brief remote consultation by telephone with the petitioner in which procedural matters, not substantive matters, were discussed.

For the reasons above, Mr. Jordan respectfully asks for a continuance for about two or three months to file a response to the United States' Response.

        Respectfully submitted,

        STEVEN R. KELLER,
        FEDERAL PUBLIC DEFENDER

        *s/ C. Ransom Hudson*
        C. Ransom Hudson (0061332)
        Assistant Federal Public Defender
        2000 URS Center
        36 East Seventh Street
        Cincinnati, Ohio 45202
        (513) 929-4834

        Attorney for Defendant
        Matthew Mark Jordan

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of December, I electronically filed the foregoing with the Clerk of the Clerk using CM/EC. system which will send notification of such filing to the following: Kenneth L. Parker, Assistant United States Attorney.

        *s/ C. Ransom Hudson*
        C. Ransom Hudson