## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| MATTHEW MARK JORDAN, | : | |
| | : | Case No.  C-1-04-0613 |
| Petitioner, | : | CR-1-02-156-2 |
| | : | |
| v. | : | Senior Judge Spiegel |
| | : | |
| UNITED STATES OF AMERICA , | : | |
| | : | |
| Respondent, | : | |

### PETITIONER JORDAN"S SECOND MOTION TO CONTINUE

Now comes the Petitioner, Mathew Mark Jordan ("Mr. Jordan"), by and through counsel, respectfully requesting a continuance of four weeks until March 28, 2005, to file a response to the United States' Response to Petitioner's Motion under 28 U.S.C. §2255.

Counsel was appointed to this case on October 12, 2004.  The United States' Response was filed on December 3, 2004.  Mr. Jordan filed a motion to continue the filing of a response to the United States' Response on December 22, 2004.  Mr. Jordan's motion was granted, allowing until February 28, 2005 to file a response.

Counsel for Mr. Jordan requests an additional four weeks because he is preparing for trial in the case of <u>United States v. Reeves</u>, CR-1-04-126-6 (defendant #6 Michael Starkey), in the Southern District of Ohio before the Honorable Judge Watson.  Because counsel is still at this time preparing for the <u>Reeves</u> trial scheduled for March 1, 2005, one day after the response is due in this case, Counsel for petitioner needs the additional time to file the best response possible.

Neither Mr. Jordan nor the United States should be prejudiced, since codefendant

Karen Parker has also requested a continuance of sixty days (filed February 1, 2005) to respond to the United States' Response.

For the reasons above, Mr. Jordan respectfully asks for a continuance of about four weeks until March 28, 2005, to file a response to the United States' Response.

Respectfully submitted,

STEVEN R. KELLER,
FEDERAL PUBLIC DEFENDER

*s/ C. Ransom Hudson*
C. Ransom Hudson (0061332)
Assistant Federal Public Defender
2000 URS Center
36 East Seventh Street
Cincinnati, Ohio 45202
(513) 929-4834


Attorney for Petitioner/Defendant
Matthew Mark Jordan

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February 2005, I electronically filed the foregoing with the Clerk of the Clerk using CM/ECF system which will send notification of such filing to the following: Kenneth L. Parker, Assistant United States Attorney.

*s/ C. Ransom Hudson*
C. Ransom Hudson