UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MATTHEW MARK JORDAN,            :
                                :    Case No. C-1-04-0613
        Petitioner,              :    CR-1-02-156-2
                                :
v.                              :    Senior Judge Spiegel
                                :
UNITED STATES OF AMERICA,       :
                                :
        Respondent,              :

**PETITIONER JORDAN"S SECOND MOTION TO CONTINUE**

Now comes the Petitioner, Mathew Mark Jordan ("Mr. Jordan"), by and through counsel, respectfully requesting a continuance of four weeks until March 28, 2005, to file a response to the United States' Response to Petitioner's Motion under 28 U.S.C. §2255.

Counsel was appointed to this case on October 12, 2004. The United States' Response was filed on December 3, 2004. Mr. Jordan filed a motion to continue the filing of a response to the United States' Response on December 22, 2004. Mr. Jordan's motion was granted, allowing until February 28, 2005 to file a response.

Counsel for Mr. Jordan requests an additional four weeks because he is preparing for trial in the case of United States v. Reeves, CR-1-04-126-6 (defendant #6 Michael Starkey), in the Southern District of Ohio before the Honorable Judge Watson. Because counsel is still at this time preparing for the Reeves trial scheduled for March 1, 2005, one day after the response is due in this case, Counsel for petitioner needs the additional time to file the best response possible.

Neither Mr. Jordan nor the United States should be prejudiced, since codefendant