AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA

Case Number:   1:02-cr-00156(2)

V.

MATTHEW MARK JORDAN

Senior District Judge S. Arthur Spiegel

NOTICE

**TAKE NOTICE** that an EVIDENTIARY HEARING RE MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE (28 U.S.C. § 2255) in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse | Courtroom 842 |
| 100 East Fifth Street | DATE AND TIME |
| Cincinnati, Ohio 45202 | JULY 6, 2005 at 2:00 PM |

SPECIAL INSTRUCTIONS:

1. The Defendant shall be present at this hearing via a Writ of Habeas Corpus Ad Prosequendum.

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc:   Kenneth Parker, Esq., AUSA    C. Ransom Hudson, Esq.    USMS    Probation    Pretrial Services