UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:02-cr-00156(2) |
| | : | |
| | : | |
| v. | : | **WRIT OF HABEAS CORPUS** |
| | : | **AD PROSEQUENDUM** |
| | : | |
| MATTHEW MARK JORDAN | : | Senior Judge S. Arthur Spiegel |

- - - - - - - - - - - - - - - - - - - - - - - -

**To the Warden, United States Penitentiary Big Sandy, Satellite
Camp, Inez, KY;**

**To the United States Marshal for the Southern District of Ohio;**

**To any other authorized law enforcement officer:**

We command you, that you have the person of **MATTHEW MARK
JORDAN (DOB \*\*/\*\*/1964; SSN \*\*\*-\*\*-5945),** defendant in this case,
detained in the custody of the Warden, United States Penitentiary
Big Sandy, Satellite Camp, Inez, KY, conveyed under safe and
secure conduct before the Honorable S. Arthur Spiegel, United
States District Court for the Southern District of Ohio, at
Courtroom 842, Potter Stewart U.S. Courthouse, 100 East Fifth
Street, Cincinnati, Ohio, on July 6, 2005 at 2:00 pm for an
Evidentiary Hearing on Motion to Vacate, Set Aside, or Correct
Sentence pursuant to 28 U.S.C. § 2255 and further criminal
proceedings.

We further command you that after the conclusion of all
proceedings herein, you return him under safe and secure conduct
to the above said place where he was originally detained.

Certified copies of the Writ shall be authority for the United States Marshal and any other authorized law enforcement officer to act in the premises.

SO ORDERED.

_____
S. Arthur Spiegel
United States Senior District Judge