IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                          Case Number: 1:02-cr-00156(2)

MATTHEW M. JORDAN

MINUTES: HEARING ON MOTION TO VACATE, CORRECT OR SET ASIDE
SENTENCE  (28 USC 2255) (DOC. 78)

Argument of Counsel heard

Testimony presented by Defendant - Attorney Paris K. Ellis

Court ordered in open Court that the Motion to Vacate, Set Aside or Correct Sentence (doc. 78) is DENIED. Written Order to follow.

Judge:              S. Arthur Spiegel

Courtroom Deputy:   Kevin Moser

Court Reporter:     Betty Schwab, Official

Date:               July 6, 2005